IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 14-0110-CG-M |
| NALL'S NEWTON TIRE a/k/a NALL'S NEWON TIRE SERVICE, INC., ) ) ) ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the verdict of the jury returned on September 4, 2015, finding for the defendant Nall's Newton Tire on its counter-claim for breach of contract damages against Nationwide Mutual Insurance Company, which damage award having been remitted by this Court's Order of December 7, 2015 (Doc. 141), and accepted by Nall's Newton Tire, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that final **JUDGMENT** is hereby entered in this case in favor of **Nall's Newton Tire**, against **Nationwide Mutual Insurance Company** as follows:

1) Nall's Newton Tire is awarded **THREE HUNDRED-EIGHTEEN THOUSAND, FIVE HUNDRED DOLLARS and 00/100 ($318,500.00) in damages plus 6% pre-judgment interest on that award since August 15, 2013 through the date of this final judgment** (.06 ÷ 365 = .000164384 * $318,500 = $52.35 daily interest).

2) Nall's Newton Tire is hereby awarded **costs in the amount of FIVE THOUSAND, THREE HUNDRED FORTY-FOUR and 67/100 ($5,344.67).**

3) Post judgment interest is awarded at the statutory rate of .54% pursuant to 28 U.S.C. § 1961.

The plaintiff's claim for declaratory relief is hereby **DISMISSED WITH PREJUDICE**.

In accordance with this Court's Order entered on August 13, 2015 (Doc. 91), **JUDGMENT** is entered in favor of Nationwide Mutual Insurance Company, and against Nall's Newton Tire on Nall's Newton Tire's counterclaim for bad faith.

**DONE and ORDERED** this 10th day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE