IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 14-0110-CG-M |
| NALL'S NEWTON TIRE, a/k/a NALL'S NEWTON TIRE SERVICE, INC., ) ) ) ) | |
| Defendant. ) | |

**ORDER**

This cause is before the court on the Defendant's Motion to Request Nationwide Mutual Insurance Company to Issue Second Check to Satisfy Judgment (Doc. 144), the Plaintiff's response thereto (Doc. 146), and the Defendant's Motion for Order to Clerk's Office to Endorse Over Partial Payment of Judgment (Doc. 145).

The Clerk of Court is not authorized to endorse over a check deposited into the Court's Registry; therefore, the motion for order (Doc. 145) is **DENIED** as **MOOT**. The Court has ascertained that the additional $6,065.15 left out of the amount deposited with the Court has been paid to defense counsel; therefore, the motion to request issuance of a second check (Doc. 145) is deemed to be **MOOT**.

The Clerk has advised the Court that the check deposited with the Court is clear for disbursement; therefore, the Clerk of Court is directed to disburse the $362,119.97 in funds to defense counsel, K. Scott Stapp or L. Hunter Compton, Jr.

1

with Manley, Traeger, Perry & Stapp, P.O. Box 590, Demopolis, Alabama 36732.

**DONE and ORDERED** this 4th day of January, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE